UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-08523-MAA | Date: January 9, 2025 |
| Title  Talat Hallaj v. Alejandro Mayorkas et al | |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| Cindy Delgado | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On October 3, 2024, Plaintiff Talat Hallaj ("Plaintiff") filed a complaint (ECF No. 1). On October 3, 2024, the case was assigned to Magistrate Judge Maria A. Audero. (ECF No. 9.) On the same day, upon Plaintiff's requests (ECF Nos. 3–7), the Court Clerk issued a summons as each of Defendants Alejandro Mayorkas, Merrick B. Garland, Ted H. Kim, Ur. M. Jaddou (collectively "Defendants") and as to the United States Attorney (though not a named defendant) (ECF Nos. 10–14). On November 5, 2024, the Court issued a Reminder Notice, reminding the parties that if the case was to proceed before the Magistrate Judge to which it was assigned, the parties were required to file consents to such assignment. (ECF No. 16.)

To date, Plaintiff has failed to file any proof of service or request an extension of time in which to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **February 10, 2025** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

The parties are reminded that, for the above-entitled case to proceed with the assigned Magistrate Judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents to have a Magistrate Judge assigned to this case. Plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant. Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government must file the Consent

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-08523-MAA                                          Date: January 9, 2025

Title   Talat Hallaj v. Alejandro Mayorkas et al

form within sixty (60) days after service of summons and complaint upon each defendant. If one or both parties fails to consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case automatically will be re-assigned.

      It is so ordered.